IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. UDAI BHANU,<br>          **Plaintiff,**<br><br>          **v.**<br><br>MERRICK   GARLAND,   ALEJANDRO<br>MAYORKAS,  UR  MENDOZA  JADDOU,<br>JOHN M. ALLEN,<br>          **Defendants.** | CIVIL ACTION<br><br><br>NO.  22-103 |

## O R D E R

**AND NOW**, this 18th day of September, 2023, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 23), Defendant's Cross Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 27), and all related briefs and documents attached to the aforementioned filings; for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. Defendant's Cross Motion for Summary Judgment (ECF No. 27) is **GRANTED**;

2. Plaintiff's Motion for Summary Judgment (ECF No. 23) is **DENIED**;

3. Judgment is **ENTERED** in favor of the Defendants;

4. The Clerk of Court is directed to mark this matter as **CLOSED**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**
